No signature
file copy sent

ORIGINAL

1983 FORM Rev. 01/2008

Elijah M. Kaneakua   Reg. No. 10286-022
Name and Prisoner/Booking Number
FDC Honolulu
Place of Confinement
P.O. Box 30080
Mailing Address
Honolulu, Hawaii 96820
City, State, Zip Code

**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

APR 29 2022

at __11__ o'clock and __40__ min. _a_ M
CLERK, U.S. DISTRICT COURT
unpaid, IFP subm

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

Elijah M. Kaneakua

(Full Name of Plaintiff)

vs.

Estela Derr

Dr. Kwon

(Full Names of Defendants; DO NOT USE *et al.* )

Case No. **CV22  00201 DKW  WRP**

(To be supplied by the Clerk)

**PRISONER CIVIL RIGHTS COMPLAINT**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

**A. JURISDICTION**

1. Jurisdiction is invoked pursuant to:

   a. ☐ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) _____

2. Plaintiff: Elijah M. Kaneakua

   Institution/city where violation occurred:   FDC Honolulu

3. First Defendant *:   Estela Derr

This defendant is a citizen of (state and county) __Hawaii__   __Oahu__,
and is employed as:

Warden                                      FDC Honolulu
        (Position and Title)                              (Institution)
This defendant is sued in his/her __X__ individual __X__ official capacity (check one or both).  Explain how

1

Received By Mail
Date APR 2 9 2022

1983 FORM Rev. 01/2008

this defendant was acting under color of law:
The Defendant is the warden for FDC Honolulu and therefore responsible for the

policies and procedures at the institution.

4. Second Defendant: __Dr. Kwon__

This defendant is a citizen of (state and county) __Hawaii__
__Oahu__, and is employed as:

__Director of Health Services__ at __FDC Honolulu__
(Position and Title)                      (Institution)

This defendant is sued in his/her _X_ individual _X_ official capacity (check one or both). Explain how this defendant was acting under color of law:

The Defendant is the Director of Health Services at FDC Honolulu and the

Plaintiff was in the Defendant's care.

5. Third Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
(Position and Title)                      (Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law:

_____

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

*        A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity,** you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2

1983 FORM  Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner:    ☒ Yes    ☐ No

2. If your answer is yes, how many?: _____1_____  Describe the lawsuit in the spaces below.

3. First previous lawsuit:

   a.  Plaintiff ____Elijah M. Kaneakua_____

   Defendants ____Estela Derr and Kris Robl_____

   b.  Court and Case Number (if federal court, identify the district; if state court, identify the county): ____United States District Court for the District of Hawaii____

   c.  Claims raised: ____Access to the court_____

   d.  Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   ____Pending_____

   e.  Approximate date of filing lawsuit ____April 1, 2022____

   f.  Approximate date of disposition ____Pending____

4. Second previous lawsuit:

   a.  Plaintiff _____

   Defendants _____

   b.  Court and Case Number (if federal court, identify the district; if state court, identify the county):
   _____

   c.  Claims raised: _____

   d.  Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____

   e.  Approximate date of filing lawsuit _____

   f.  Approximate date of disposition _____

3

1983 FORM Rev. 01/2008

5. Third previous lawsuit:

    a.   Plaintiff _____

         Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state sourt, identify the county):

         _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

         _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6.     Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes  X  No.

      **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury.  See 28 U.S.C. §  1915(g).**

4

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1.   The following constitutional or other federal civil right has been violated by the Defendant(s):
8th Amendment violation against cruel and unusual punishment.

2.   Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)   ☐Mail   ☐ Access to the court   ☒Medical care
☐ Disciplinary proceedings   ☐Property   ☐ Exercise of religion   ☐Retaliation
☐ Excessive force by an officer   ☐Threat to safety   ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

In the spring of 2021, the Plaintiff was transferred from FDC Honolulu to FCI Sheridan (Oregon). At the time, the Plaintiff was waiting for an outside consultation for a Pre-Auricular Cyst. The Plaintiff was on medical hold when he was transferred. After spending approximately 6 months in transit and at FCI Sheridan, the Plaintiff was returned to FDC Honolulu. The Plaintiff arrived at FDC Honolulu on January 18, 2022. When the Plaintiff arrived at FDC Honolulu he was seen by Defendant Kwon on, or about, January 21, 2022, The Plaintiff requested immediate medical treatment at that time as the pain he was suffering was (and is) severe. The Plaintiff reminded Dr. Kwon that he had discussed this Dr. Kwon before his transfer to Sheridan and since 2020. This medical issue is

***CONTINUED***

4.   Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Extreme pain without any treatment since 2020.

5

COUNT I SUPPORTING FACTS CONTINUED

part of the Plaintiff's Bureau of Prisons Health Record and the issue is not in dispute. However, the Defendant (Derr) issued a response to the Plaintiff's attempt at administrative remedy by neither denying, not granting the Plaintiff's request for immediate medical attention (see Attached A). The "investigation" that the Defendant references fails to state facts, misleads and outrights lies regarding the failures on the part of FDC Honolulu's Heath Services Department as follows:

1) The response does not address the fact that the Plaintiff was seen, but not treated while he was at FDC Honolulu from 2020 through 2021 for the same medical issue.

2) The chronic condition in question has not been an issue since birth. The Plaintiff never communicated this to Defendant Kwon.

3) The response states that a "consultation" was generated. However, this alleged consultation has been removed from the Plaintiff's electronic consultation page and even if it was generated, the Plaintiff has waited 3 months since he was last seen by Defendant Kwon and more importantly, 2 years since he brought the issue to Defendant Kwon's attention.

4) The response falsely states that the Plaintiff was given medication for pain.

5) The response falsely states that the Plaintiff is scheduled for a medical examination on April 7, 2022. This action was prepared on April 17, 2022 10 days after this alleged examination date and the Plaintiff has not been seen.

6) The response refers to the pain as "discomfort". This trivalizes the medical issue and the pain that the Plaintiff is suffering. It also make medical determinations that the Defendant Derr has no authority to make. The determinations in Attached A conflict with the Plaintiff's Health Record and require a medical doctor that has evaluated the Plaintiff to make such a diagnosis.

To further complicate the Plaintiff's attempts to obtain health care, Defendant Derr is actively thwarting the administrative remedy process. The Plaintiff is currently engaged with the Defendant in a civil action related to this issue. The thwarting of the administrative remedies makes it impossible for the Plaintiff to seek an appeal to decisions made by Defendant Derr.

PAGE 5A

1983 FORM  Rev. 01/2008

## COUNT II

1.      The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.   Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should
     be stated in a different count)        ☐Mail        ☐ Access to the court        ☐Medical care
     ☐ Disciplinary proceedings            ☐Property        ☐ Exercise of religion        ☐Retaliation
     ☐ Excessive force by an officer        ☐Threat to safety        ☐Other:_____

3. **Supporting Facts:**(State as briefly as possible the FACTS supporting Count II, without citing legal
authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.      Injury: (State how you have been injured by Defendant(s)' actions or inactions.

6

1983 FORM  Rev. 01/2008

## COUNT III

1.      The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.   Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)      ☐Mail       ☐ Access to the court      ☐Medical care

☐ Disciplinary proceedings          ☐Property      ☐ Exercise of religion      ☐Retaliation

☐ Excessive force by an officer      ☐Threat to safety      ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.      Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

7

1983 FORM Rev. 01/2008

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

$250,000.00 and an Order forcing FDC Honolulu to immediately send the Plaintiff out of the facility to obtain medical attention.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this __17__ day of ___April___, __2022__.
         (month)    (year)

_____
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach no more than **fifteen (15) additional pages**.  Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.